UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KLAUS HOFMANN,<br><br>Defendant. | 21-CV-7407 (RA) |

## ORDER ESTABLISHING A FAIR FUND AND DIRECTING THE TRANSFER OF FUNDS FOR DISTRIBUTION

The Court having reviewed the United States Securities and Exchange Commission's ("Commission") Motion to for an Order Establishing a Fair Fund and Directing the Transfer of Funds for Distribution and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Motion is granted.

2. A Fair Fund ("Fair Fund") is established pursuant to Section 308(a) of the Sarbanes-Oxley Act of 2002 [15 U.S.C. §7246(a)], for disgorgement, prejudgment interest, and civil penalties collected in the captioned matter. Any interest or earnings on the Fair Fund will be added to the Fair Fund to be used for the benefit of harmed investors.

3. The funds held by the Commission under the case name designation *U.S. Securities and Exchange Commission v. Klaus Hofmann*, 21-CV-7402 (RA) (S.D.N.Y.), are to be transferred to the Fair Fund established pursuant to Section 308(a) of the Sarbanes-Oxley Act of 2002, as amended, in the related proceeding, *In the Matter of The Kraft Heinz Co. and*

*Eduardo Pelleissone*, Administrative Proceeding File No. 3-20523 (Sept. 3, 2021) for distribution to harmed investors.

Dated: January 12, 2022
New York, New York

Hon. Ronnie Abrams
United States District Judge